*Max F. Brunswick*, in support of the petition.

*K. Wynne Bohonnon*, in opposition.

Decided March 14, 2007

DONALD L. ALTSCHULER *v.* MOLLY S. MINGRONE

The plaintiff's petition for certification for appeal from the Appellate Court, 98 Conn. App. 777 (AC 26103), is denied.

*Donald L. Altschuler*, in support of the petition.

Decided March 14, 2007

DONALD L. ALTSCHULER *v.* MOLLY S. MINGRONE

The defendant's cross petition for certification for appeal from the Appellate Court, 98 Conn. App. 777 (AC 26103), is denied.

*Richard W. Callahan*, in support of the cross petition.

Decided March 14, 2007

STATE OF CONNECTICUT *v.* VINCENT JONES

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 196 (AC 24593), is denied.

*Darcy McGraw*, special public defender, in support of the petition.

*Proloy K. Das*, assistant state's attorney, in opposition.

Decided March 14, 2007